**Order entered February 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01310-CR
No. 05-19-01339-CR

**DAYLIN BRIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause NoS. F18-39435-R & F19-75450-R**

## ORDER

The reporter's record in the above appeals was filed February 14, 2020. Missing from the record are State's Exhibit 4 (DVD surveillance footage) and 5 (DVD body-cam video). We **ORDER** court reporter Georgina Ware to file a supplemental reporter's record containing true and correct playable copies of State's Exhibits 4 and 5 **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

/s/    BILL PEDERSEN, III
JUSTICE